# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Epic Games, Inc.,

                *Plaintiff,*

v.

                Case No. 2:25-cv-13148-TGB-EAS
                Hon. Terrence G. Berg

Ayob Nasser, et al.,

5909 Horger St
Dearborn MI 48126.

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Ayob Nasser

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Sharae LaShai Williams
        500 Woodward
        Suite 4000
        Detroit, MI
        48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX. CLERK OF COURT

By:  s/ S. Schoenherr
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: October 7, 2025



AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25-cv-13148-TGB-EAS

This summons for *(name of individual and title, if any)*  **Ayob Nasser, et al.,**

was received by me on *(date)*  **10-07-2025 (Tuesday)**

[X] I personally served the summons on the individual at *(place)* **5909 Horger Street Dearborn MI 48126** on *(date)* **10-07-2025 (Tuesday) at 6:00 PM** ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: **10-08-2025 (Wednesday)**

**Refused to Sign**

Server's Signature: *Robert Reznick*

Printed Name and Title: **Robert Reznick - Civil Process Server**

Server's address: **5184 Oakhill Dr Swartz Creek MI 48473**

Additional information regarding attempted service, etc.: