UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

EPIC GAMES, INC.,

    PLAINTIFF

CASE NO: 2:25-CV-13148
HON. TERRENCE G. BERG

IDRIS NAHDI AND AYOB NASSER,

    DEFENDANT

| Aaron V. Burrell | Hussein Bazzi (P85891) |
|---|---|
| Dickinson Wright, PLLC | Hall Makled, PC |
| 500 Woodward Ave. | Attorney for Defendants |
| Suite 4000 | 23950 Princeton Street |
| Detroit, MI 48226 | Dearborn, MI 48124 |
| 313-223-3500 | (313) 788-8888 (office) |
| Fax: 313-223-3598 | hussein@hallmakled.com |
| Email: aburrell@dickinsonwright.com | |

**APPEARANCE OF ATTORNEY**

TO CLERK OF THE COURT:

    PLEASE ENTER MY APPEARANCE as attorney for IDRIS NAHDI AND AYOB NASSER, Defendants in the above-captioned matter.

    Respectfully Submitted,

    /s/ Hussein Bazzi
    Hall Makled, PC
    23950 Princeton Street
    Dearborn, MI 48124
    (313) 788-8888